IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

Cheryl McCoy,

Plaintiff(s),

v.

Midland Funding, LLC et al,

Defendant(s).

Case No. 18 C 1035
Judge Gary Feinerman

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $          ,

which ☐ includes          pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Judgment is entered in favor of Defendants Midland Funding, LLC, Midland Credit Management, Inc., and Encore Capital Group, Inc., and against Plaintiff Cheryl McCoy. Plaintiff shall take nothing against Defendants.

This action was *(check one)*:

☐ tried by a jury with Judge          presiding, and the jury has rendered a verdict.
☐ tried by Judge          without a jury and the above decision was reached.
☒ decided by Judge Gary Feinerman on a motion for summary judgment.

Date: 7/2/2019

Thomas G. Bruton, Clerk of Court

/s/ Jackie Deanes , Deputy Clerk